Michael Yesk (SB#130056)
Megan Dailey (SB#221574)
Yesk Law
70 Doray Dr., Suite 16
Pleasant Hill, CA 94523
Telephone: 925-849-5525
yesklaw@gmail.com
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NAOMI ELLIOTT AND L.T. KENNEDY JR. ) | Case No.:  5:12-cv-1204370 HRL |
| ) | |
| Plaintiffs, ) | PLAINTIFF'S OBJECTIONS TO REQUEST |
| ) | FOR JUDICIAL NOTICE IN SUPPORT OF |
| vs. ) | MOTION TO DISMISS PLAINTIFFS' |
| ) | COMPLAINT FOR FAILURE TO STATE A |
| ) | CLAIM |
| MORTGAGE ELECTRONIC ) | |
| REGISTRATION SYSTEMS, INC.; POWER ) | |
| DEFAULT SERVICES, INC.; AND U.S. ) | Date:  October 2, 2012 |
| BANK, NATIONAL ASSOCIATION; ) | Time:  10:00 AM |
| ) | Ctrm:  2-5th Floor |
| Defendants. ) | Judge:  Honorable Howard R. Lloyd |
| ) | |
| ) | |
| ) | |
| ) | |
| ) | |

Plaintiffs NAOMI ELLIOTT AND L.T. KENNEDY JR. ("Plaintiffs") herein submit

PLAINTIFF'S OBJECTIONS TO REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF

MOTION TO DISMISS PLAINTIFFS' COMPLAINT FOR FAILURE TO STATE A CLAIM.

Defendants request that the Court take judicial notice of documents lodged as Exhibits A-

L to its REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT'S MOTION TO

DISMISS PLAINTIFFS' COMPLAINT, which consist of recorded documents.

PLAINTIFF'S OBJECTIONS TO REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF
MOTION TO DISMISS PLAINTIFFS' COMPLAINT FOR FAILURE TO STATE A CLAIM- 1

While the court may take judicial notice of the fact that a document was recorded, it may not take judicial notice of factual matters stated therein. *Poseidon Development, Inc. v. Woodland Lane Estates, LLC* (2007) 152 Cal. App. 4th 1106, 1117. Defendant's request for judicial notice of the recorded documents must be denied as it seeks judicial notice of the truth of the matters asserted within those documents because those statements are hearsay and are reasonably subject to dispute. *Herrera v. Deutsche Bank National Trust Co.* (2011) 196 Cal. App. 4th 1366, 1375 (court took judicial notice of a substitution of trustee and assignment of deed of trust but did not take judicial notice of factual matters stated therein); *Poseidon Development,* 152 Cal. App. 4th at 1117 (court took judicial notice of a substitution of trustee but did not take judicial notice of the fact that the recital within the document was true because "it is hearsay and it cannot be considered not reasonably subject to dispute").

For the foregoing reasons, Plaintiffs respectfully request that the Court deny Defendants' request for judicial notice as to all documents contained in Exhibits A-l.

DATED: September 10, 2012 _____/s/_____

Megan Dailey
Yesk Law
70 Doray Dr., Suite 16
Pleasant Hill, CA 94523
Telephone: 925-849-5525
yesklaw@gmail.com
Attorney for Plaintiffs

PLAINTIFF'S OBJECTIONS TO REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS PLAINTIFFS' COMPLAINT FOR FAILURE TO STATE A CLAIM- 2