**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NAOMI ELLIOTT, ET AL., <br><br> Plaintiffs, <br><br> vs. <br><br> MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., *et al.*, <br><br> Defendants. | Case No.: 12-CV-4370 YGR <br><br> **ORDER VACATING HEARING** |

The court has reviewed the papers submitted by the parties in connection with the Motion of Mortgage Electronic Registration Systems, Inc., Power Default Services, Inc. and U.S. Bank National Association to Dismiss and has determined that the motion is appropriate for decision without oral argument, as permitted by Civil Local Rule 7-1(b) and Federal Rule of Civil Procedure 78. *See also Lake at Las Vegas Investors Group, Inc. v. Pacific Malibu Dev. Corp.*, 933 F.2d 724, 729 (9th Cir. 1991). Accordingly, the date for the hearing, previously set for October 9, 2012, is **VACATED**. The Court will issue a written decision on the papers.

The request to appear by telephone at the hearing is **DENIED** moot. (Dkt. No. 19.)

**IT IS SO ORDERED**.

Date: October 4, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**